IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAY SCOTT COHEN, an individual, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HYATT CORPORATION, a )<br>Delaware corporation; MARRIOTT )<br>RESORTS HOSPITALITY )<br>CORPORATION, a South Carolina )<br>corporation; MARRIOTT )<br>INTERNATIONAL, INC., a )<br>Delaware corporation; NORDIC PCL )<br>CONSTRUCTION, INC., a Hawaii )<br>Corporation; and DOES 1-50, )<br>)<br>Defendants. )<br>_____ ) | CIV NO. 15-00171 LEK-KJM |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 20, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations To Grant Defendants Marriott Resorts Hospitality Corporation And Marriott International, Inc." Petition For Good Faith Settlement, Filed On 5/2/17", ECF NO. [137] are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, July 11, 2017.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**JAY SCOTT COHEN VS. HYATT CORPORATION, ET AL; CIVIL 15-00171 LEK-KJM; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**